AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| SKELETAL DYNAMICS, LLC,<br>a Florida limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>EXTREMITY MEDICAL, LLC,<br>a New Jersey limited liability company,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-22706-Gayles/Turnoff |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Extremity Medical, LLC
300 Interpace Parkway, Suite 410
Parsippany, NJ  07054-1148

By service on its Registered Agent:   Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL  62703-4261

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ury Fischer, Esq.
Lott & Fischer PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33143
(305) 448-7089
E-mail:  ufischer@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts

Date:  Jun 28, 2016